| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Bank of New York Mellon | |
| In Re:<br><br>Dominic Cirasuolo,<br><br>Debtor. | Case No.:     18-17524-MBK<br><br>Chapter:     13<br><br>Hearing Date:     9/25/2018<br><br>Judge:     Kaplan |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled      ☐ Withdrawn

Matter: Creditor's Objection to Confirmation (docket # 21)

_____

Date: 9/24/2018                          /s/ Denise Carlon
                                                                             Signature

*rev.8/1/15*