| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-17524 / MBK**

Dominic Cirasuolo

Petition Filed Date: 04/16/2018
341 Hearing Date: 05/24/2018
Confirmation Date: 12/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2018 | $500.00 | 48639180 | 05/31/2018 | $500.00 | 49514780 | 07/02/2018 | $500.00 | 50298960 |
| 07/30/2018 | $500.00 | 51091650 | 08/29/2018 | $500.00 | 51874010 | 10/01/2018 | $500.00 | 52689460 |
| 10/01/2018 | ($500.00) | 52689460 | 10/02/2018 | $500.00 | 52689460 | 10/30/2018 | $500.00 | 53483370 |
| 11/30/2018 | $500.00 | 54234920 | 12/31/2018 | $500.00 | 55038370 | | | |

**Total Receipts for the Period:  $4,500.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | **CLAIMS AND DISTRIBUTIONS** | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dominic Cirasuolo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL R SPECK | Attorney Fees | $1,500.00 | $0.00 | $1,500.00 |
| | »»  AMD DISCLOSURE 9/21/2018 | | | | |
| 1 | DISCOVER BANK | Unsecured Creditors | $6,449.64 | $0.00 | $6,449.64 |
| 2 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $322.64 | $0.00 | $322.64 |
| 3 | BANK OF NEW YORK MELLON | Mortgage Arrears | $140,272.00 | $0.00 | $140,272.00 |
| | »»  P/909 SALEM DR/1ST MTG\ORDER 10/4/2018 | No Disbursements: Pending Loan Mod. | | | |
| 4 | NAVIENT SOLUTIONS, INC. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »»  STUDENT LOAN | No Disbursements: Paid outside | | | |
| 5 | BAXTER FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »»  CHASE BANK | No Disbursements: Filed Out of Time | | | |
| 6 | VANZ LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | »»  CHASE | No Disbursements: Filed Out of Time | | | |

**Chapter 13 Case No. 18-17524 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,500.00 | Plan Balance: | $13,500.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $302.50 | Arrearages: | $0.00 |
| Funds on Hand: | $4,197.50 | Total Plan Base: | $18,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**