UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Speck Law Offices, LLC
Michael R. Speck, Esq., Attorney ID#025291987
71 West Main St.
Suite 305
Freehold, NJ 07728
908-428-4190 / Fax: 732-825-8159

Case No.: 18-17524

Chapter: 13

In Re:

Dominic Cirasuolo, Debtor

Adv. No.: 

Hearing Date: 7/23/19

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Theresa E. Kelly :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Michael R. Speck, Esq.__, who represents __Dominic Cirasuolo__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __July 15, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Certification of Michael R. Speck, Esq. objecting to Motion to Dismiss with Exhibits

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/15/19

*Theresa E. Kelly*
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |