| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Speck Law Offices, LLC<br>Michael R. Speck, Esq., Attorney ID# 025291987<br>71 West Main St.<br>Suite 305<br>Freehold, NJ 07728<br>908-428-4190 / Fax 732-825-8159 | **Order Filed on August 27, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Dominic Cirasuolo, Debtor | Case No.: 18-17524 / MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

**ORDER RESPECTING REQUEST FOR EXTENSITON
OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 27, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  Dominic Cirasuolo

Property:  909 Salem Drive, Toms River, NJ 08753

Creditor:  Dominic Cirasuolo

and a Request for Extension of Loss Mitigation Period having been filed by Debtor, Dominic Cirasuolo, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to an including December 31, 2019.