| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Speck Law Offices, LLC<br>Michael R. Speck, Esq., Attorney ID# 025291987<br>71 West Main St.<br>Suite 305<br>Freehold, NJ 07728<br>908-428-4190 / Fax 732-825-8159 | Order Filed on August 27, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Dominic Cirasuolo, Debtor | Case No.:   18-17524 / MBK<br><br>Chapter:   13<br><br>Judge:   Michael B. Kaplan |

**ORDER RESPECTING REQUEST FOR EXTENSITON
OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: August 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **1** of **2**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  Dominic Cirasuolo

Property:  909 Salem Drive, Toms River, NJ 08753

Creditor:  Dominic Cirasuolo

and a Request for Extension of Loss Mitigation Period having been filed by Debtor, Dominic Cirasuolo, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to an including December 31, 2019.

United States Bankruptcy Court
District of New Jersey

In re:  
Dominic Cirasuolo  
    Debtor

Case No. 18-17524-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 27, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.  
db            +Dominic Cirasuolo,    909 Salem Drive,    Toms River, NJ 08753-3947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:  
            Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
            Albert    Russo     docs@russotrustee.com  
            Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Michael R. Speck     on behalf of Debtor Dominic    Cirasuolo mike@specklawoffice.com, theresa@specklawoffice.com  
            Rebecca Ann Solarz     on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com  
            Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10 rsolarz@kmllawgroup.com  
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                  TOTAL: 7