| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-17524 / MBK**

Dominic Cirasuolo

Petition Filed Date: 04/16/2018
341 Hearing Date: 05/24/2018
Confirmation Date: 12/11/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2019 | $500.00 | 55767790 | 03/06/2019 | $500.00 | 56661040 | 04/01/2019 | $500.00 | 57409320 |
| 04/29/2019 | $500.00 | 58156770 | 05/30/2019 | $500.00 | 58966510 | 07/01/2019 | $500.00 | 59789090 |
| 07/31/2019 | $500.00 | 60524610 | 08/30/2019 | $500.00 | 61330370 | 09/30/2019 | $500.00 | 62135460 |
| 10/30/2019 | $500.00 | 62879540 | 12/03/2019 | $500.00 | 63669550 | 12/30/2019 | $500.00 | 64373110 |

**Total Receipts for the Period:  $6,000.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Dominic Cirasuolo | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL R SPECK | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
|   | »»  AMD DISCLOSURE 9/21/2018 | | | | |
| 1 | DISCOVER BANK | Unsecured Creditors | $6,449.64 | $6,449.64 | $0.00 |
| 2 | VERIZON BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $322.64 | $322.64 | $0.00 |
| 3 | BANK OF NEW YORK MELLON | Mortgage Arrears | $140,272.00 | $0.00 | $140,272.00 |
|   | »»  P/909 SALEM DR/1ST MTG\ORDER 10/4/2018 | No Disbursements: Pending Loan Mod. | | | |
| 4 | NAVIENT SOLUTIONS, INC. | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | »»  STUDENT LOAN | No Disbursements: Paid outside | | | |
| 5 | BAXTER FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | »»  CHASE BANK | No Disbursements: Filed Out of Time | | | |
| 6 | VANZ LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | »»  CHASE | No Disbursements: Filed Out of Time | | | |

**Chapter 13 Case No. 18-17524 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,000.00 | Plan Balance: | $7,000.00 ** |
| Paid to Claims: | $8,272.28 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $689.00 | Arrearages: | $0.00 |
| Funds on Hand: | $2,038.72 | Total Plan Base: | $18,000.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.