Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−17524−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominic Cirasuolo
   909 Salem Drive
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−1673

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 2, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 45 − 42
Order Granting Application for Extension of Loss Mitigation (Related Doc # 42). Loss Mitigation Period Extended to: JUNE 30, 2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/2/2020. (wir)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 2, 2020
JAN: wir

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dominic Cirasuolo  
     Debtor

Case No. 18-17524-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 02, 2020  
     Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2020.  
db     +Dominic Cirasuolo,   909 Salem Drive,   Toms River, NJ 08753-3947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2020 at the address(es) listed below:  
     Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
     Albert Russo   docs@russotrustee.com  
     Denise E. Carlon   on behalf of Creditor THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Michael R. Speck   on behalf of Debtor Dominic Cirasuolo mike@specklawoffice.com, theresa@specklawoffice.com  
     Rebecca Ann Solarz   on behalf of Creditor THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com  
     Rebecca Ann Solarz   on behalf of Creditor The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10 rsolarz@kmllawgroup.com  
     U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 7