Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17524−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominic Cirasuolo
   909 Salem Drive
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−1673

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/27/20 at 09:00 AM

to consider and act upon the following:

*48* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT−A Trust 2005−10. Objection deadline is 5/1/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Carlon, Denise)

Dated: 5/4/20

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court