Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17524−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dominic Cirasuolo
   909 Salem Drive
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−1673

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/27/20 at 09:00 AM

to consider and act upon the following:

*48* − Application for Early Termination of Loss Mitigation Period. Filed by Denise E. Carlon on behalf of The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT−A Trust 2005−10. Objection deadline is 5/1/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Carlon, Denise)

Dated: 5/4/20

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Dominic Cirasuolo  
    Debtor

Case No. 18-17524-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: May 04, 2020  
                      Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2020.  
db         +Dominic Cirasuolo,   909 Salem Drive,   Toms River, NJ 08753-3947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2020 at the address(es) listed below:
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
           Albert   Russo    docs@russotrustee.com
           Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
           Michael R. Speck    on behalf of Debtor Dominic   Cirasuolo mike@specklawoffice.com, theresa@specklawoffice.com
           Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
           Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10 rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                               TOTAL: 8