Order Filed on July 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**
Denise Carlon, Esq.
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-627-1322
dcarlon@kmllawgroup.com
Attorney for: The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates. Series 2005-10

In Re:

Dominic Cirasuolo,

    DEBTOR.

Case No.: 18-17524
Chapter    13
Judge Michael B Kaplan

## ORDER TERMINATING LOSS MITIGATION AND OTHER RELATED RELIEF

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 8, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:      Dominic Cirasuolo
Case No.:    18-17524 MBK
Caption:     **ORDER TERMINATING LOSS MITIGATION AND OTHER RELATED RELIEF**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor The Bank of New York Mellon, successor trustee to JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust 2005-10, Mortgage Pass-Through Certificates, Series 2005-10, holder of a mortgage on real property located at 909 Salem Drive, Toms River, NJ, 08753, Denise Carlon appearing, by way of application to terminate the loss mitigation and this Court having considered the representations of attorneys for Secured Creditor and Michael R. Speck, Esquire, attorney for Debtor, Dominic Cirasuolo, and for good cause having been shown;

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the loss mitigation is terminated as of June 24, 2020; and

It is further **ORDERED, ADJUDGED** and **DECREED** the Secured Creditor's claim shall be treated outside of the plan and the Trustee shall not make any further disbursements on the claim; and

It is further **ORDERED, ADJUDGED** and **DECREED** that any pre- or post-petition arrears shall survive the order of discharge; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor can continue applying for a modification outside of the bankruptcy case;

It is further **ORDERED, ADJUDGED** and **DECREED** that the bankruptcy case can be closed.

United States Bankruptcy Court
District of New Jersey

In re:  
Dominic Cirasuolo  
    Debtor

Case No. 18-17524-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 08, 2020  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.  
db           +Dominic Cirasuolo,    909 Salem Drive,    Toms River, NJ 08753-3947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:  
           Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
           Albert    Russo     docs@russotrustee.com  
           Denise E. Carlon     on behalf of Creditor    THE BANK OF NEW YORK MELLON dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Denise E. Carlon     on behalf of Creditor    The Bank of New York Mellon, successor trustee to  
            JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage  
            Investments II Inc., Bear Stearns ALT-A Trust 2005-10 dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Michael R. Speck     on behalf of Debtor Dominic    Cirasuolo mike@specklawoffice.com,  
            theresa@specklawoffice.com  
           Rebecca Ann Solarz     on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com  
           Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon, successor trustee to  
            JPMorgan Chase Bank, National Association, as Trustee f/b/o holders of Structured Asset Mortgage  
            Investments II Inc., Bear Stearns ALT-A Trust 2005-10 rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 8