UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Dominic Cirasuolo

Case No.: 18-17524

Chapter: 13

Judge: Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Dominic Cirasuolo, debtor in this case, certify as follows.

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 2/20/21

Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.

rev. 8/1/18